

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell, *Clerk*                                                                 Phone: (303) 844-3433

November 8, 2021

**In re: *Gaddy et al v. Wells Fargo NA et al, 16-cv-3093-RBJ***

Susanna Turose-Gaddy
12500 Road 33.75
Mancos, CO 81328

Michael D. Gaddy
12500 Road 33.75
Mancos, CO 81328

Dear Ms. Turose-Gaddy, Mr. Gaddy and Counsel,

    I have been contacted by Judge R. Brooke Jackson who presided over the above-mentioned case.

    Judge Jackson informed me that it has been brought to his attention that while he presided over the case he or his spouse owned stock in Wells Fargo. The ownership of stock neither affected nor impacted his decisions in this case. However, this stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Judge Jackson directed that I notify the parties of the conflict.

    Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

    Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was

disqualified."

With Advisory Opinion 71 in mind, you are invited to respond to Judge Jackson's disclosure of a conflict in this case. Should you wish to respond, please submit your response by November 30, 2021.  Any response will be considered by another judge of this court without the participation of Judge Jackson.

                    Sincerely,

                      Jeffrey P. Colwell
                      Clerk, United States District Court

CC:  Neal McConomy